## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SANCHEZ, | * |
| Plaintiff, | * |
| | * Case No. |
| v. | * |
| TARGET CORPORATION, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Defendant, Target Corporation ("Target"), by its attorneys, Daniel R. Lanier, Jonathan J. Huber and Miles & Stockbridge P.C., gives notice to this Court pursuant to 28 U.S.C. Section 1441, et seq. that it is removing the above-captioned case, Superior Court Case No. 2019 CA 006452 B from the Superior Court of the District of Columbia. In support of its action to remove, Target states:

### INTRODUCTION

1. On or about October 2, 2019, Plaintiff, Sandra Sanchez, filed an action against Target in the Superior Court of the District Court of Columbia entitled Sandra Sanchez v. Target Corporation, Case No. 2019 CA 006452 B.

2. Target was served on or about October 3, 2019 with a Summons, Initial Order and Addendum, and Complaint. Copies of the Summons, Initial Order and Addendum, and Complaint are attached as Exhibit A. No additional pleadings, orders, or other papers have been served upon Target by Plaintiff.

3. This Notice of Removal is being filed within thirty (30) days after service upon

Target of a copy of the Complaint and Summons, and is timely filed under 28 U.S.C. Section 1446(b).

4. A Notice of Filing of Notice of Removal has been filed with the Superior Court of the District of Columbia contemporaneously herewith. A copy of that Notice is attached as Exhibit B.

## FACTS AND LAW SUPPORTING REMOVAL

5. Plaintiff is a resident of the District of Columbia.

6. Defendant Target is a Minnesota corporation with its principal place of business in Minnesota.

7. The amount in controversy in this matter exceeds the sum of One Million Dollars ($1,000,000.00), exclusive of interest and costs.

8. There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. Section 1332. Further, none of the parties joined and served as a defendant is a citizen of the District of Columbia.

9. Pursuant to 28 U.S.C. Section 1446(a), true and legible copies of all process, pleadings, papers, and Orders which have been served upon Target in this matter are attached as Exhibit A.

**WHEREFORE**, Defendant, Target Corporation, respectfully request, based upon the allegations of this Notice of Removal, that this action is properly removable and requests that this court retain jurisdiction over the same.

- 3 -

Respectfully submitted,

*/s/ Daniel R. Lanier*
Daniel R. Lanier
Federal Bar No. MD04504
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland  21202
(410) 727-6464 (t)
(410) 385-3700 (f)
dlanier@milesstockbridge.com

*/s/ Jonathan J. Huber*
Jonathan J. Huber
Federal Bar No. 1014590
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Ave., NW
Suite 900
Washington, DC 20005
(202) 465-8398ssssssssssssss (t)
(410) 385-3700 (f)
jhuber@milesstockbridge.com

Attorneys for Defendant,
Target Corporation